JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ELBANEH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:23-cv-04985 SPG (BFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [ECF NO. 27]** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that:

(1) this action is dismissed in its entirety as to all defendants with prejudice;

(2) that all dates previously set in this action are hereby vacated and taken off the Court's calendar; and

(3) Each party shall bear his or its own attorneys' fees and costs in this matter

IT IS SO ORDERED.

Dated: December 18, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE